IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS

| | |
|---|---|
| FLEXIBLE INNOVATIONS LTD., a Texas Limited Partnership, *Plaintiff,* v. PRISTINE SCREENS, LLC, a Colorado limited liability company *Defendant.* | Civil Action No.: 3:14-CV-01197-M |

# DEFENDANT'S CERTIFICATE OF INTERESTED PARTIES

Pursuant to Local Rules 3.1(c) and 7.4, Defendant Pristine Screens, LLC, by and through its undersigned attorneys, states as follows:

Defendant concurs with and adopts by reference Plaintiff's Certificate of Interested Parties [Docket No. 2].

Dated this 29th day of May, 2014.

PENDLETON, WILSON, HENNESSEY,
& CROW, P.C.

By:   s/ J. Mark Smith
J. Mark Smith, *pro hac vice pending*
1875 Lawrence Street, 10th Floor
Denver, CO   80202
Email:  msmith@pwhclaw.com
Telephone: (303) 839-1204
Facsimile: (303) 831-0786

                Clayton E. Devin
                Macdonald Devin, PC
                3800 Renaissance Tower
                1201 Elm Street
                Dallas, TX  75270
                E-mail:  CDevin@macdonalddevin.com
                Telephone:  (214) 744-3300
                Facsimile:  (214) 747-0942

*Attorneys for Defendant*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 29th day of May, 2014, the foregoing **DEFENDANT'S CERTIFICATE OF INTERSTED PARTIES** was electronically filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Richard L. Schwartz
Thomas F. Harkins, Jr.
Whitaker Chalk Swindle & Schwartz, PLLC
301 Commerce Street, Suite 3500
Fort Worth, Texas  76102

                s/ J. Mark Smith